IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00264-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    FLINT ENERGY SERVICES, INC., a Delaware corporation; and
2.    KENNETH L. RAINS
    a/k/a Kenny Rains,

    Defendants.

---

## ORDER SETTING CHANGE OF PLEA HEARING

---

At the request of all counsel, a Change of Plea hearing is set for **Monday, August 7, 2006 at 3:00 p.m. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers AND to the Probation Department no later than <u>noon</u> on August 3, 2006. <u>If these documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy</u>. <u>The original and one copy</u> of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom <u>at the time of the hearing</u> (**see** **D.C.COLO.LCrR 11.1F).**

    DATED: July 13, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*
                                              _____
                                              Phillip S. Figa
                                              United States District Judge